

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00372-CV

———————————————

IN RE THE HANOVER CASUALTY COMPANY AND THE HANOVER
INSURANCE COMPANY, Relators

---

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-336459-22

---

Before Wallach, Bassel, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real party in interest's response, and relators' reply along with the record and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.[1]

Per Curiam

Delivered: October 27, 2023

---

[1]We lift our October 9, 2023 stay of the trial court's Order Granting Plaintiff's Motion to Compel Depositions of Defendants' Corporate Representatives and Discovery Responses (the "Discovery Order"). All deadlines set forth in the Discovery Order shall run from the date of this memorandum opinion.